UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA GENOTEK INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SPECTRUM SOLUTIONS L.L.C., a Utah Limited Liability Company; and SPECTRUM DNA, a Utah Limited Liability Company,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 16-CV-1544 JLS (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF No. 48) |

　　　　Presently before the Court is Plaintiff DNA Genotek Inc.'s Motion to File Documents Under Seal. (ECF No. 48.) Plaintiff wishes to file the following documents under seal: (1) Plaintiff's Reply in Support of Motion for Preliminary Injunction; (2) excerpts from the deposition transcript of Gregg Williams; (3) excerpts from the deposition transcript of Ben Oyler; (4) excerpts from the deposition transcript of Dr. Thomas Varner; (5) excerpts from the deposition transcript of Brian Smith; and (6) a spreadsheet compiling invoices for sales of saliva collection kits sold by Defendants Spectrum Solutions L.L.C. and Spectrum DNA. (Mot. to Seal 1, ECF No. 48.) Plaintiff argues that "public filing of this information would 'serve as . . . sources of business information that might harm a litigant's competitive standing.'" (*Id.* at 5 (quoting *Nixon*

1 | *v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).)

2 |     Having reviewed Plaintiff's Motion to Seal and the documents in question, the Court
3 | concludes that good cause exists to seal the documents.  Accordingly, the Court **GRANTS**
4 | Plaintiff's Motion to Seal.  (ECF No. 48.)

5 |     **IT IS SO ORDERED.**

7 | Dated:  August 22, 2016

                                                Hon. Janis L. Sammartino
                                                United States District Judge